FILED
April 8, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )    Case No. 2:13-mj-00102-DAD
            Plaintiff,               )
v.                                   )
                                     )    ORDER FOR RELEASE OF
RICHARD LEE GRAY,                    )    PERSON IN CUSTODY
                                     )
            Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD LEE GRAY, Case No. 2:13-mj-00102-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

      _X_   Co-Signed Unsecured Appearance Bond

      ___   Secured Appearance Bond

      _X_   (Other) Conditions as stated on the record.

      _X_   (Other) The Defendant is to be released to the custody of the Pretrial Services Officer on April 9, 2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/8/2013  at  2:47 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge